**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| K.H. AND M.T.-C., | : No. 179 MM 2014 |
| Petitioner | : |
| v. | : |
| T.M., A.L., E.D., AND BERKS COUNTY CHILDREN AND YOUTH SERVICES, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of November, 2014, the Emergency Application for Exercise of Plenary and Extraordinary Jurisdiction Using King's Bench and Superintendency Powers is **DENIED**.